## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:24−cv−01895−VC

Chiuchiarelli et al v. Apple, Inc.  
Assigned to: Judge Vince Chhabria  
Cause: 15:1 Antitrust Litigation

Date Filed: 03/27/2024  
Date Terminated: 06/25/2024  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti−Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Jennifer B. Chiuchiarelli**    represented by    **Karin Bornstein Swope**  
Cotchett, Pitre & McCarthy, LLP  
Cotchett, Pitre & McCarthy, LLP  
999 N. Northlake Way  
Suite 215  
Seattle, WA 98103  
206−778−2123  
Email: kswope@cpmlegal.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**  
Cotchett Pitre & McCarthy LLP  
840 Malcolm Road, Suite 200  
Burlingame, CA 94010  
(650) 697−6000  
Email: jcotchett@cpmlegal.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April H. Yamaichi**    represented by    **Karin Bornstein Swope**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kiyomi Ishii**    represented by    **Karin Bornstein Swope**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Richard K. Hopper** | represented by | **Karin Bornstein Swope** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Joseph W. Cotchett** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Apple, Inc.** | represented by | **Cynthia Richman** <br> Gibson Dunn and Crutcher LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036 <br> (202) 955–8234 <br> Fax: (202) 467–0539 <br> Email: crichman@gibsondunn.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Daniel Glen Swanson** <br> Gibson, Dunn & Crutcher LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071 <br> (213) 229–7340 <br> Fax: (213) 229–7520 <br> Email: dswanson@gibsondunn.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2024 | Ï 1 | COMPLAINT against Apple, Inc. ( Filing fee $ 405, receipt number ACANDC–19266051.). Filed by Richard K. Hopper, Jennifer B. Chiuchiarelli, Kiyomi Ishii, April H. Yamaichi. (Attachments: # 1 Civil Cover Sheet)(Cotchett, Joseph) (Filed on 3/27/2024) (Entered: 03/27/2024) |
| 03/27/2024 | Ï 2 | Proposed Summons. (Cotchett, Joseph) (Filed on 3/27/2024) (Entered: 03/27/2024) |
| 03/28/2024 | Ï 3 | Case assigned to Magistrate Judge Sallie Kim. <br><br> Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. <br><br> Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 4/11/2024. (kmg, COURT STAFF) (Filed on 3/28/2024) (Entered: 03/28/2024) |
| 03/28/2024 | Ï 4 | |

| | | |
|---|---|---|
| | | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 6/24/2024. Initial Case Management Conference set for 7/1/2024 01:30 PM in San Francisco, – Videoconference Only. (sec, COURT STAFF) (Filed on 3/28/2024) (Entered: 03/28/2024)** |
| 03/28/2024 | Ï 5 | Summons Issued as to Apple, Inc.. (sec, COURT STAFF) (Filed on 3/28/2024) (Entered: 03/28/2024) |
| 03/29/2024 | Ï 6 | MOTION for leave to appear in Pro Hac Vice *(Karin B. Swope)* ( Filing fee $ 328, receipt number ACANDC−19272761.) filed by Jennifer B. Chiuchiarelli, Richard K. Hopper, Kiyomi Ishii, April H. Yamaichi. (Swope, Karin) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 04/02/2024 | Ï 7 | **Order by Magistrate Judge Sallie Kim granting 6 Motion for Pro Hac Vice as to Karin B. Swope. (bxl, COURT STAFF) (Filed on 4/2/2024) (Entered: 04/02/2024)** |
| 04/04/2024 | Ï 8 | Notice of Motion Filed in MDL 3113 In re Apple Inc. Smartphone Antitrust Litigation. Plaintiffs Amended Motion to Transfer Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, by Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper. (wsn, COURT STAFF) (Filed on 4/4/2024) (Entered: 04/04/2024) |
| 04/11/2024 | Ï 9 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Jennifer B. Chiuchiarelli, Richard K. Hopper, Kiyomi Ishii, April H. Yamaichi.. (Swope, Karin) (Filed on 4/11/2024) (Entered: 04/11/2024) |
| 04/12/2024 | Ï 10 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (bxl, COURT STAFF) (Filed on 4/12/2024) (Entered: 04/12/2024) |
| 04/12/2024 | Ï 11 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Beth Labson Freeman for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 4/12/2024. (Attachments: # 1 Notice of Eligibility for Video Recording)(ark, COURT STAFF) (Filed on 4/12/2024) (Entered: 04/12/2024)** |
| 04/12/2024 | Ï 12 | SUMMONS Returned Executed by Richard K. Hopper, Jennifer B. Chiuchiarelli, Kiyomi Ishii, April H. Yamaichi. Apple, Inc. served on 4/5/2024, answer due 4/26/2024. (Attachments: # 1 Exhibit A)(Swope, Karin) (Filed on 4/12/2024) (Entered: 04/12/2024) |
| 04/15/2024 | Ï 13 | **ORDER OF RECUSAL. Signed by Judge Beth Labson Freeman on 4/15/24. (blflc2, COURT STAFF) (Filed on 4/15/2024) (Entered: 04/15/2024)** |
| 04/15/2024 | Ï 14 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Vince Chhabria for all further proceedings. Judge Beth Labson Freeman no longer assigned to case. Notice: The assigned** |

| | | |
|---|---|---|
| | | judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. (Attachments: # 1 Notice of Eligibility for Video Recording)(sfb, COURT STAFF) (Filed on 4/15/2024) (Entered: 04/15/2024) |
| 04/15/2024 | 15 | REASSIGNED CASE – NOTICE OF NEW HEARING DATE:<br><br>You are notified that the Court has scheduled an Initial Case Management Conference before Judge Vince Chhabria upon reassignment. For a copy of Judge Chhabria's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.<br><br>Joint Case Management Statement due by 6/28/2024.<br>Initial Case Management Conference set for 7/5/2024 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at vccrd@cand.uscourts.gov no later than Friday, June 28, 2024, by no later than 12:00PM.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 4/15/2024) (Entered: 04/15/2024) |
| 04/24/2024 | 16 | NOTICE of Appearance by Daniel Glen Swanson (Swanson, Daniel) (Filed on 4/24/2024) (Entered: 04/24/2024) |
| 04/24/2024 | 17 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−19353631.) filed by Apple, Inc.. (Attachments: # 1 Certificate of Good Standing)(Richman, Cynthia) (Filed on 4/24/2024) (Entered: 04/24/2024) |
| 04/24/2024 | 18 | STIPULATION *to Suspend the Deadline for Defendant to Respond to Complaint* filed by Apple, Inc.. (Richman, Cynthia) (Filed on 4/24/2024) (Entered: 04/24/2024) |
| 04/26/2024 | 19 | **Order by Judge Vince Chhabria granting 17 Motion for Pro Hac Vice as to Cynthia Richman. (bxs, COURT STAFF) (Filed on 4/26/2024) (Entered: 04/26/2024)** |
| 04/29/2024 | 20 | CLERK'S NOTICE ADVANCING INITIAL CASE MANAGEMENT CONFERENCE.<br><br>Joint Case Management Statement due by 6/21/2024.<br>Initial Case Management Conference advanced to 6/28/2024 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at |

| | | |
|---|---|---|
| | | vccrd@cand.uscourts.gov no later than Friday, June 21, 2024, by no later than 12:00PM.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 4/29/2024) (Entered: 04/29/2024) |
| 05/02/2024 | 21 | Corporate Disclosure Statement by Apple, Inc. (Richman, Cynthia) (Filed on 5/2/2024) (Entered: 05/02/2024) |
| 06/25/2024 | 22 | CLERK'S NOTICE CONTINUING 6/28/2024 CASE MANAGEMENT CONFERENCE.<br><br>Joint Case Management Statement due by 8/23/2024.<br>Initial Case Management Conference reset to 8/30/2024 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vccrd@cand.uscourts.gov no later than Friday, August 23, 2024, by no later than 12:00PM.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bxs, COURT STAFF) (Filed on 6/25/2024) (Entered: 06/25/2024) |
| 06/25/2024 | 23 | **TRANSFER ORDER. Signed by MDL Panel on 6/21/2024. (ecg, COURT STAFF) (Filed on 6/25/2024) (Entered: 06/25/2024)** |
| 06/25/2024 | | Remark: Notified IT of case transfer (ecg, COURT STAFF) (Filed on 6/25/2024) (Entered: 06/25/2024) |