UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

IN RE: INSULIN PRICING LITIGATION

MDL 3113 Transfer Order
Master Docket Number District of New Jersey: 2:24-md-3113-JXN-LDW
Case Number District of New Jersey: 2:24-cv-7290

NOTICE TO ALL COUNSEL:

On 6/7/2024 the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey:
**CHIUCHIARELLI ET AL V. APPLE, INC.**

All communication regarding this litigation should be directed to the Newark, NJ Divisional Office, located at 50 Walnut Street, Newark, NJ 07101. The Honorable Julien Xavier Neals has been assigned to this MDL. His Courtroom Deputy, Kimberly Darling, can be reached at 973-645-4732.

The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov and, specifically, the ECF Policies and Procedures therein to obtain information on becoming an Electronic Filing User in the District of New Jersey. We refer you to the ECF Policies and Procedures which can be found on the Court's website.

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website. Another helpful resource is the New Jersey Federal Practice Rules by Gann Law Books.

MELISSA E. RHOADS, ESQ., CLERK OF COURT

s/ Keith R. Guthrie
_____
*Keith R. Guthrie, Deputy Clerk*